FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2018

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Sue Cirocco,<br>    *Plaintiff*,<br><br>    v.<br><br>Linda McMahon,<br>*in her official capacity as Administrator of the United States Small Business Administration*,<br>    *Defendant*. | **NOTICE OF APPEAL**<br><br>No. 17-cv-01588-NYW |

Plaintiff Sue Cirocco appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order (ECF 26) entered on February 14, 2018 and the Final Judgment (ECF 27) entered on February 15, 2018, granting the defendant's motion to dismiss and entering judgment against the plaintiff.

                                            /s/ Sue Cirocco
                                            Sue Cirocco
                                            152 Meadowglen Cir.
                                            Coppell, TX 75019-5225
                                            303-995-5605
                                            *Pro se*

March 11, 2018

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX004129
Cashier ID: cm
Transaction Date: 03/15/2018
Payer Name: Cynthia Cirocco
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: Cynthia Cirocco
  Amount:        $505.00
------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 1102
  Amt Tendered:  $505.00
------------------------------------
Total Due:        $505.00
Total Tendered:   $505.00
Change Amt:       $0.00

Appeal Fee: 17-cv-1588-NYW


A fee of $53.00 will be assessed on
any returned check.
```